UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CR-60120-PCH-2

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**FRANK BIANCO**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The matter before the Court is Magistrate Judge Hunt's Report and Recommendation on Change of Plea [ECF No. 18]. In the report and recommendation, Judge Hunt recommends that Defendant Frank Bianco freely and voluntarily entered a guilty plea to the one-count information, which charged Defendant Bianco with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Judge Hunt recommends that Defendant Bianco's plea be accepted, that Defendant Bianco be adjudicated guilty of the offense to which the guilty plea has been entered, and that a sentencing hearing be conducted for final disposition of this matter. Defendant filed a notice of no objection to Judge Hunt's report and recommendation. [ECF No. 19]. Accordingly, having reviewed the record *de novo*, it is

    **ORDERED** that Magistrate Judge Hunt's Report and Recommendation on Change of Plea [ECF No. 18] is adopted and approved in its entirety. Defendant Bianco's guilty plea is accepted, and he is adjudged guilty of conspiracy to commit wire fraud. A sentencing hearing is set before Judge Paul Huck on June 14, 2021, at 2:00 p.m.

    **DONE AND ORDERED** in Miami, Florida, on April 21, 2021.

                                                  _____
                                                  Paul C. Huck
                                                  United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services